■ ALBERT S. BURRUTO et al., Appellants, v ANGELO G. FARACI et al., Respondents.—Order and judgment unanimously affirmed, with costs, for reasons stated in memorandum decision at Special Term, Doyle, J. (Appeal from order and judgment of Supreme Court, Monroe County, Doyle, J.—summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.